UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
v.                                 )     No. 4:92CR184JCH
                                   )
JESUS MANUAL REZA,                 )
                                   )
            Defendant.             )

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure and by leave of Court endorsed hereon, the United

States Attorney for the Eastern District of Missouri hereby

dismisses the indictment against the defendant.

                            CATHERINE L. HANAWAY
                            United States Attorney


                            s/Sam C. Bertolet
                            SAM C. BERTOLET
                            Assistant United States Attorney


      Leave of Court is granted for the filing of the foregoing

dismissal.

                            _____
                            UNITED STATES DISTRICT JUDGE

Dated:  This  10th  day of  July , 2008.

CERTIFICATE OF SERVICE

I hereby certify that on *June 19, 2008*, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record.

s/Sam C. Bertolet
SAM C. BERTOLET
Assistant United States Attorney